IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | |
|---|---|
| JONATHAN A. BORDEN and<br>AMY P. BORDEN,<br><br>　　　　Plaintiffs<br><br>　　vs.<br><br>AMICA MUTUAL INSURANCE<br>COMPANY<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 04-175 - E<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENTS

AND NOW, comes the Defendant, AMICA MUTUAL INSURANCE COMPANY, by and through its attorneys, DiBELLA, GEER, McALLISTER & BEST, P.C., and PAUL K. GEER, ESQUIRE, and files the following Motion for Extension of Time to File Pretrial Statements.

　　1.　　Both parties Pretrial Statements are due on October 31, 2005.

　　2.　　Defendant's counsel's father became gravely ill on October 27, 2005.

　　3.　　Defendant's counsel, Paul K. Geer, was unable to complete the Defendant's Pretrial Statement prior to being called away to be with his father.

　　4.　　His father, Thomas P. Geer, passed away on Friday, October 28, 2005.

5. Defendant's counsel will not be returning to the office until Wednesday, November 9, 2005, and therefore, requests a 10 day extension of time to complete the Pretrial Statement.

6. Counsel for the Defendant has conferred with counsel for the Plaintiffs who consent to granting a 10 day extension of time to both parties for the filing of their respective Pretrial Statements.

WHEREFORE, the Defendant respectfully request an extension of time to file the Pretrial Statements until November 11, 2005.

        Respectfully submitted,

        DiBELLA, GEER, McALLISTER & BEST, P.C.


        By:   /s/Paul K. Geer
             Paul K. Geer, Esquire
             Attorney for Amica Mutual
             Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | |
|---|---|
| JONATHAN A. BORDEN and<br>AMY P. BORDEN,<br><br>    Plaintiffs<br><br>    vs.<br><br>AMICA MUTUAL INSURANCE<br>COMPANY<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 04-175 - E<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER OF COURT**

AND NOW, this ____ day of _____, 2005, upon consideration of the within Motion for Extension of Time to File Pretrial Statements, it is hereby ORDERED that said motion is granted and Pretrial Statements will be due on November 11, 2005.

BY THE COURT:

_____J.