FROM : VISIONS,CORP          FAX NO. : 814 838-3646          Mar. 08 2003 01:27AM P1



## Visions Corp.
*Painting, Drywall, Roofing, Building Services & All Concrete Needs*

**Property Claims Services.**  
Mr. John Schumann  
117 Arbor Crest Lane  
Lillington, North Carolina. 27546  
Telephone: (910) 797-3327

March 7, 2003

Mr. John Borden  
4838 Wolf Road  
Erie, Pa. 16505

**Reference:** Amica Mutual Insurance Company  
**Claim Number:** F300301218  
**Type of Loss:** Fire.  
**Date of Loss:** February 16, 2003

Dear Mr. Schumann,

After many hours going thru the structure at 4838 Wolf Rd, and reading over your estimate, We at Visions Corp feel the project can be done at your estimate cost. As all fire claims there are always hidden costs on areas that could'nt be seen or areas that had no access.

Regarding the contents that are in storage waiting to be cleaned. I feel 90% of all items will come clean and look as good as they were before the fire loss. We at Visions Corp take great pride in all the work we do. Again, as always there will certain items that will look great but will not be excepted by the owner.

John, We look forward to working with you and the Bordens to get this project off the ground and get it done. I will be there for the Bordens, Amica Mutual and yourself for anything we can do to help.

Sincerely;

Brian K. Seifert,  
Visions Corp, Pres.

AM508



# Visions Corp.
*Painting, Drywall, Roofing, Building Services & All Concrete Needs*

1003 West 8th
Suite 221
Erie, Pennsylvania 16505
Phone: (814) 806-4236
Fax: (814) 835-3648
Toll Free: (866) Erie-Now
374-3661

Amica Mutual Insurance Company
P.O.Box 6008
Providence,R.I. 02940
Mr.John Schumann

John & Amy Borden
4838 Wolf Road
Erie,Pa.16505

Cleaning of Contents.

| | |
|---|---|
| 1487 Items to be cleaned.298 hrs @ $25.00 | $7.450.00 |
| Cleaning Materials | $ 745.00 |
| | --------- |
| | $8.195.00 |
| | |
| 10% Overhead | $ 819.50 |
| 10% Profit | $ 819.50 |
| | |
| Total Statement for Cleaning. | $9.834.00 |

Each item was based on ½hr cleaning each,some will be alot more.

*PAYMENT PENDING*

AM052



Fire cleaning services

Childs room
Second floor

3 wall pictures
wall mirror
clothes rack
12 cassette tapes
bear lamp
small wooden door set
star wall hanging
paddington bear hanging
prayer bear night light
3 ceramic figures
tabletop easel
wooden chair
color light
animal light-paper mache-unsure if will clean
small heart pillow

Master-bedroom

7 pictures
3 dresser boxes
tiffany lamp
2 small green lamps
2 alarm clocks
4 belts
sphygmomanometer
littman classic 2
box of small odds and ends
ups box of unknown
iron
small screwdrivers
clothes tree
floor lamp
ceramic pie dish
rose ceramic picture frame
foreign converter
cassette recorder
glass bunny
hammer
hair barrett
toe nail clippers
welcome placque
tape measure

AM053



Fire Cleaning Services

Closet area Front of spare room

one wall haning
coat rack
2 fans
cherub statue
vase
candle holder
candle
glass wall clock
wooden picture of flowers
small picture
gate still in box
crutches
small table
shoes

Front entrace-way

Antique table
wicker vase
mother book
candle with stand
2 jewerly boxes
sewing machine in cabinet-antique
candle

Closet for entrance-way

2 boxes of candles
3 screwdrivers
door-knocker
bike helmet
2 pots-off candles
2 umbrellas
tupperware of tools-odds and ends

Stairways

1 small table
1 small clock
1 wooden box
1 picture frame with 3 pictures

AM054



Fire Cleaning Services

spare bedroom bathroom
first floor

one tissue holder
one lotion holder
one toothbrush
one soap dish
wicker basket
hair dryer
one brush
one stool
one wast basket
one vanity set

childs room
first floor

two wall pictures
three wicker baskets
one laundry basket
one small tv
nine VHS tapes
one plastic holder
two Noahs Ark plaques
one tv remote
one safety first monitor
one night light

AM055



**Visions Corp.**
*Painting, Drywall, Roofing, Building Services & All Concrete Needs*

Suite 221
Erie, Pennsylvania 16505
Phone: (814) 838-4236
Fax: (814) 838-3641
Toll Free: (866) Erie-Now
374-3661



PITTSBURGH-CLAIMS
MAR 1 1 2003
Ans. _____

Fire Cleaning Services

living room
first floor

clean marble chess set
two floor lamps
one large coffee table
one smaller wooden table
two end tables
wooden rocking horse
one foot stool
two steel tables with glass top
one hedge clipper
camera lens- very wet
model of human vertibra- very wet
one wicker basket
two book ends
574 CD's
small silver plate
one small chest
man and ladie statue
three vases
11 porcelain statues
one girl picture
one candle stick holder
one brass plate over fireplace
two glass statue on mantle
two glass plates
six knick knack cases
one brass dish
one tiffany lamp
five photo albums
one china doll
one doll
three glass bowls
six paper weights
8 photo albums
five pictures
one pair of eye glasses
one lamp
one fireplace set
one rocking chair



Studio Room
Up-Stairs

ceremic bowl
25 computer disks in cases
2 tie clips
2 wooden stands
picture frames
battery backup in box
mouse for computer-in blue velvet box
light pad for computer
briefcase
13 camera lens-1 without lens
leica camera
2 pieces of a camera
canon camera
2 lens covers
pc camera in box
sm. black bag with sm. tools
3 sm. camera stands
sm. red box of camera items
3 sm. wooden camera faces
sm. wicker basket
sm. holiday ceramic goose
hologram desk light in box
8 bottles
grey case with cassettes
box with 3 glass tubes with 2 camera faces
box with glass flask
box with a corning stirrer
dremel case
box-ups marked fragil
lg. metal ruler
camera piece
2 lunch boxes
box with 6 metal frames of some kind
lg. glass tube
2 wooden unknows
sm. box of unknowns
sm. thin box oriental
lg. old camera lens
plastic lens holder
sm. cutting board
sm. ceramic box
sm. metal box
22 discs
8 pks. wrapped in bubble wrap unknown contents
sm. box odds and ends

AM057



Fire Cleaning Services

Up-Stairs hallway

4 baskets
2 hallway pictures

Up-Stairs hall closet

8 pictures
chest
umbrella
duffle bag
x-mas candle holder
box of angel figures
zipper bag
wicker picnic basket
jewerly box with jewerly

Living room
Down-stairs

2 leather chairs
leather couch
sm. box of tools
glass candle
glass duck
vase
11 pictures
2 sm. knick knacks
candle
wicker basket
2 book ends
sm. table
angel figure
wizard of oz globe
goose figure
vase
9 wooden houses
2 knick knacks
9 dvd
27 vhs tapes
29 vhs tapes
jewerly box-no jewerly



**Visions Corp.**
*Painting, Drywall, Roofing, Building Services & All Concrete Needs*

Suite 221
Erie, Pennsylvania 16505
Phone: (814) 838-4296
Fax: (814) 838-3644
Toll Free: (866) Erie-Now
374-3661

PITTSBURGH-CLA'...
MAR 1 1 2003
Ans. _____

Fire Cleaning Services

Childs room
Second floor

7 wall pictures
shoe rack
4 wicker hats
vase plastic flowers
5 figurines
sm. picture
2 porcelein dolls
1 doll
glass ball
2 wicker baskets
ornament
small jewerly box
tupperware box
magnectic toy
easel
3 small pig banks
heart shape box with shells in it
sm. box with childs jewerly
precious moments plaque
porelein piggy bank
2 picture frames
1 music box
2 sm. plates
glass vase
doll basket
video-school musical

upstairs bath

mirror
3 pictures
sm.hair dryer
glass dish
metal basket

AM059



**Visions Corp.**
*Painting, Drywall, Roofing, Building Services & All Concrete Needs*

Suite 221
Erie, Pennsylvania 16505
Phone: (814) 838-...
Fax: (814) 838-36..
Toll Free: (866) Erie-N...
374-3661

Fire Cleaning Services

Studio room

water purifier in box
lap top computer in case
wood picture frame
camera lens
2 glass jars
pressure valve
1 bookcase

Kitchen

2 ceramic bowels
2 angel plaques
angel picture
4 bowls with flowers
2 pictures
wedding cake knife set
2 meat cleavers
5 ceramic tea pots
lg. ceramic casserole dish
ceramic bowl
3 tea cups
honey jar
7 tea cup plates
ceramic tray
creamer pitcher and sugar bowel
sugar bowel
casserole dish
matching plate and pitcher
fruit bowl
10 small plates
4 ceramic tea cups
4 ceramic bowls
3 coffee mugs
10 med. plates
4 lg. plates
4 lg. bowls
29 glass goblets
2 ceramic figures
lg. ceramic bowl with plate
3 cups with saucers
ceramic pitcher
plate
covered dish with plate

AM060



**Visions Corp.**
*Painting, Drywall, Roofing, Building Services & All Concrete Needs*

Fire cleaning Services

jacuzzi room
first floor

one painting
three glass pictures
one fairy on bench
one wedding candle
one glass heart candle
one candle
one antique iron
two duck candle stands with green candles
one kleenex box holder
18 VHS tapes
one bottle spa bath liquid
one plate on wall
one cutting tile machine- in box
four small screw drivers
one screw driver with bits
four screwdrivers
one troll
two scrapers
one tool
one flashlight
50 ft. extension cord

jacuzzi bathroom

one small vase

jacuzzi closet

one wall clock
box of candles
three tiny tables
two caulkin guns
one pair of sissors
one magazine rack
one rocking chair
one dresser

PITTSBURGH-C
MAR 1 1 2003
Ans. _____



Fire cleaning services

Master bedroom

picture frame
2 lazer lights
2 pairs sissors
screwdriver
tupperware of odds and ends
stand up mirrow
rocking chair
dresser
2 end tables
bed frame

Master bedroom bath

3 candles
soap dish
toothbrush holder
2 glass containers
sony digital camera
vanity mirror
picture
cell phone holder
lg. mirror
2 sm. wicker baskets
6 bottles of perfume
glass tray
comb
glass dish
sm. tupperware of lotions
4 make-up cases
screwdriver
4 cruling irons
hair-dryer
4 brushes
steam brush kit
chair
angle plaque
32 pairs of shoes
travel iron
travel box
scales
2 precious moments plaques
3 belts
ankle and wrist weights
2 small weights

AM062

cont...



**Visions Corp.**
*Painting, Drywall, Roofing, Building Services & All Concrete Needs*

603 West 8th
Suite 221
Erie, Pennsylvania 16505
Phone: (814) 838-7236
Fax: (814) 838-3648
Toll Free: (866) Erie-Now
374-3661

Fire Cleaning Services

casserole dish
lg. glass bowl
3 vases
silver tea pot
angel figure
pear ceramic figure
soup bowl with plate
3 serving plates
3 silver bowls
lg. silver bowl in velvet case
ceramic bake pan
loaf pan
pie plate
bowl
kitchen table
8 chairs
hutch