MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Borden, et al.,
*Plaintiff*

vs.

Amica Mutual Ins. Co.,
*Defendant*

No. CA 04-175 E

HEARING ON Pre-trial Conference

Before Judge McLaughlin held on 11-16-05

Craig Murphey
*Appear for Plaintiff*

Paul Geer
David Bennett
*Appear for Defendant*

Hearing begun 1:32 P.M.

Hearing adjourned to 2:00 PM

Hearing concluded C. A. V.

Stenographer Ron Bench

WITNESSES:

For Plaintiff                For Defendant

Non-Jury trial scheduled for 12/8/05 @ 9AM
Estimated trial length 3-4 days

Findings of Facts / Conclusions of law
due 12-7-05