# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jonathan and Amy Borden )
_____ )
　　　　　　Plaintiff　　 )
　　　　　　　　　　　　 )
vs.　　　　　　　　　　　) No. CA 04-175 Erie
　　　　　　　　　　　　 )
Amica Mutual Insurance Co. )
_____ )
　　　　　　Defendant　 )

HEARING ON **Bench Trial - Begun**

Held on **12-8-05**

Before Judge **McLaughlin**

**Craig Murphy**　　　　　　　　　　**Paul Geer**

Appear for Plaintiff　　　　　　　　Appear for Defendant

Hearing begun **8:53 am - 10:00 am**　Hearing adjourned to _____
**10:08 am - 11:09 am**
Hearing concluded C.A.V. **11:14am - 12:00p** Stenographer **Sondra Black**
**1:15pm - 2:31pm**
**2:27pm - 4:27pm** Clerk **Nicole Kierzel**

### WITNESSES:

For Plaintiff　　　　　　　　　　For Defendant

David Bennett
Dr. Borden
John Shuman