# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jonathan & Amy Borden )
_____ )
         Plaintiff )
          )
vs. ) No. 04-175 E
          )
AMICA Mutual Ins. Co. )
_____ )
         Defendant

HEARING ON Bench Trial - Continued

Held on 12-9-05

Before Judge McLaughlin

Craig Murphy              Paul Geer

Appear for Plaintiff        Appear for Defendant

Hearing begun 8:29am - 9:33am  Hearing adjourned to _____
9:40 am - 11:55 am
Hearing concluded C.A.V. 1:15pm - 2:10pm  Stenographer Sondra Black
2:16pm - 3:46pm  Clerk Nicole Kierzel

**WITNESSES:**

For Plaintiff         For Defendant

John Shuman - continued
Anthony Perrossi