# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

__Borden__ )
)
**Plaintiff** )
)
vs. ) No. __04-175 E__
)
__Amica Mutual__ )
)
**Defendant** )

HEARING ON __Bench Trial - Concluded__

Held on __12-12-05__

Before Judge __McLaughlin__

__Craig Murphy__           __Paul Geer__
Appear for Plaintiff        Appear for Defendant

Hearing begun __8:54am - 9:37am__  Hearing adjourned to _____
__9:42 am - 10:45 am__
Hearing concluded C.A.V. ~~~~  Stenographer __Ron Bench__
__10:54 am - 12:06 pm__
Clerk __Nicole Kienzl__

### WITNESSES:

| For Plaintiff | For Defendant |
|---|---|
|  | Dan Jones |
| Anthony Perrossi - Continued | David Bennett |
| David Haller |  |