AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

JONATHAN and AMY BORDEN

V.

AMICA MUTUAL INSURANCE COMPANY

**EXHIBIT AND WITNESS LIST**

Case Number: CA 04-175 ERIE

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Sean J. McLaughlin | Craig Murphy | Paul Geer |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| December 8, 9, and 12, 2005 | Sondra Black/Ronald Bench | Nicole Kierzek |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12/8 | | | DAVID BENNETT |
| ✓ | | 12/8 & 9 | | | JONATHAN BORDEN |
| ✓ | | 12/9 | | | JOHN SHUMAN |
| ✓ | | 12/9 & 12 | | | ANTHONY PEROSSI |
| ✓ | | 12/12 | | | DAVID HALLER |
| | ✓ | 12/12 | | | DAN JONES |
| | ✓ | 12/12 | | | DAVID BENNETT/CROSS |
| ✓ | | | | | 1-15 admitted (photo's - documents) |
| | | | | | Judge ordered both π and Δ to file a list of all exhibits w/ the court electronically |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages