IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | |
|---|---|
| JONATHAN A. BORDEN and ) <br> AMY P. BORDEN, ) <br>    Plaintiffs ) <br> ) <br>        v. ) <br> ) <br> AMICA MUTUAL INSURANCE ) <br> COMPANY, ) <br>    Defendant ) | NO. 04-175 E <br><br><br><br> ELECTRONICALLY FILED |

## PLAINTIFFS' TRIAL EXHIBIT LIST

    Plaintiffs JONATHAN A. BORDEN and AMY P. BORDEN (hereinafter "Bordens"), by their attorneys, MacDonald, Illig, Jones & Britton LLP, hereby submit the following Trial Exhibit List offered during the trial of this matter held before the Honorable Sean J. McLaughlin December 8, 2005 through December 12, 2005:

    Plaintiffs' Exhibit 1.   Photographs of the Borden home after the 2/16/03 fire, identified as "Photo No. 1" through "Photo No. 79"

    Plaintiffs' Exhibit 2.   Estimates of Repair

        Plaintiffs' Exhibit 2-1.   Prepared by John Schumann of Property Claims Services dated 2/27/03

        Plaintiffs' Exhibit 2-2.   Prepared by Anthony Parise of Giordano Associates dated 3/09/03

        Plaintiffs' Exhibit 2-3.   Prepared by Anthony Parise of Giordano Associates (Revised) dated 3/09/03

        Plaintiffs' Exhibit 2-4.   Prepared by David Haller of David J. Haller Contracting, Inc. dated 6/11/03

    Plaintiffs' Exhibit 2-5.    Prepared by Daniel Jones of G.S. Jones & Sons dated 6/27/03

Plaintiffs' Exhibit 3.    Portions of Amica's Claims File

| | |
|---|---|
| Plaintiffs' Exhibit 3-1. | Claim Activity Log dated 2/17/03 through 2/27/03 |
| Plaintiffs' Exhibit 3-2. | Claim Activity Log dated 2/28/03 through 4/14/03 |
| Plaintiffs' Exhibit 3-3. | Loss Telephone Report dated 2/16/03 |
| Plaintiffs' Exhibit 3-4. | E-mail from Douglas Olshenske to David Bennett dated 2/16/03 |
| Plaintiffs' Exhibit 3-5. | E-mail from Mr. Bennett to Lisa St. Onge dated 2/19/03 |
| Plaintiffs' Exhibit 3-6. | Correspondence to Mr. Bennett from Mr. Schumann dated 2/21/03 |
| Plaintiffs' Exhibit 3-7. | E-mail from Mr. Bennett to Ms. St. Onge dated 2/25/03 |
| Plaintiffs' Exhibit 3-8. | Correspondence to Mr. Bennett from Mr. Schumann dated 2/25/03 |
| Plaintiffs' Exhibit 3-9. | Correspondence to Mr. Bennett from Mr. Schumann dated 2/28/03 |
| Plaintiffs' Exhibit 3-10. | Correspondence to Mr. Bennett from Mr. Schumann dated 3/01/03 |
| Plaintiffs' Exhibit 3-11. | Correspondence to Ms. St. Onge from Mr. Bennett dated 3/03/03 |
| Plaintiffs' Exhibit 3-12. | Correspondence to Mr. and Mrs. Borden from Mr. Bennett dated 3/03/03 |
| Plaintiffs' Exhibit 3-13. | E-mail to Ms. St. Onge from Mr. Bennett dated 3/05/03 |
| Plaintiffs' Exhibit 3-14. | E-mail to Mr. Bennett from Ms. St. Onge dated 3/07/03 |
| Plaintiffs' Exhibit 3-15. | Correspondence to Mr. and Mrs. Borden from Mr. Bennett dated 3/11/03 |
| Plaintiffs' Exhibit 3-16. | Correspondence to Mr. Bennett from Mr. and Mrs. Borden dated 3/17/03 |
| Plaintiffs' Exhibit 3-17. | E-mail to Ms. St. Onge from Mr. Bennett dated 3/21/03 |
| Plaintiffs' Exhibit 3-18. | Correspondence to Mr. Schumann from Mr. Parise dated 3/23/03 |
| Plaintiffs' Exhibit 3-19. | Correspondence to Mr. Parise from Mr. Bennett dated 3/25/03 |
| Plaintiffs' Exhibit 3-20. | West Lake Fire Department Fire Report |
| Plaintiffs' Exhibit 3-21. | Correspondence to Mr. Schumann from Mr. Bennett dated 4/04/03 |
| Plaintiffs' Exhibit 3-22. | Memo to File from Mr. Bennett dated 4/04/03 |
| Plaintiffs' Exhibit 3-23. | Correspondence to Mr. Bennett from Mr. Parise dated 4/06/03 |
| Plaintiffs' Exhibit 3-24. | E-mail to Mr. Bennett from Peter Reid dated 4/15/03 |
| Plaintiffs' Exhibit 3-25. | Correspondence to PA Insurance Department from Mr. and Mrs. Borden dated 4/17/03 |
| Plaintiffs' Exhibit 3-26. | E-mail to Ms. St. Onge from Mr. Bennett dated 4/29/03 |

        Plaintiffs' Exhibit 3-27.   Correspondence to Mr. and Mrs. Borden from Mr. Bennett dated 5/02/03

        Plaintiffs' Exhibit 3-28.   Correspondence to Jack Owens from Mr. Bennett dated 5/06/03

        Plaintiffs' Exhibit 3-29.   Correspondence to Mr. Bennett from PA Insurance Department dated 5/07/03

        Plaintiffs' Exhibit 3-30.   Correspondence to Mr. Parise from Mr. Bennett dated 5/07/03

        Plaintiffs' Exhibit 3-31.   Correspondence to Mr. Schumann from Mr. Bennett dated 5/08/03

        Plaintiffs' Exhibit 3-32.   Correspondence to Mr. and Mrs. Borden from Mr. Bennett dated 5/20/03

        Plaintiffs' Exhibit 3-33.   Correspondence to Mr. Bennett from Atty. Jones dated 5/22/03

        Plaintiffs' Exhibit 3-34.   Correspondence to Atty. Jones from Atty. Geer dated 5/28/03

        Plaintiffs' Exhibit 3-35.   Correspondence to Atty. Geer from Atty. Jones dated 6/05/03

        Plaintiffs' Exhibit 3-36.   Correspondence to Atty. Geer from Atty. Jones dated 6/16/03

        Plaintiffs' Exhibit 3-37.   Correspondence to Atty. Jones from Atty. Geer dated 6/16/03

        Plaintiffs' Exhibit 3-38.   Correspondence to Atty. Jones from Atty. Geer dated 7/23/03

        Plaintiffs' Exhibit 3-39.   Correspondence to Atty. Geer from Atty. Jones dated 7/31/03

        Plaintiffs' Exhibit 3-40.   Correspondence to Atty. Geer from Atty. Jones dated 10/20/03

        Plaintiffs' Exhibit 3-41.   Correspondence to Atty. Jones from Mr. Bennett dated 8/13/03

Plaintiffs' Exhibit 4.   Amica Mutual Insurance Company's First Party Property Loss Handling Expectations dated August, 1999

Plaintiffs' Exhibit 5.   Amica Mutual Insurance Company's Homeowners Policy, No. 630837-1183, insuring the Borden home as of 2/16/03

Plaintiffs' Exhibit 6.   Diagram of the Borden home

Plaintiffs' Exhibit 6-A.   Diagram of the Borden home with notations

Plaintiffs' Exhibit 8.   Memo to File from Mr. Bennett dated 4/30/03

Plaintiffs' Exhibit 9.   Correspondence to Mr. Schumann from Visions Corp. dated 3/07/03

Plaintiffs' Exhibit 10.   Series of photographs of the Borden home identified as Ex. Nos. 10-1 through 10-36

Plaintiffs' Exhibit 11.   Undated letter to Atty. Jones from Mr. Parise

Plaintiffs' Exhibit 12.   Photograph of the room in the Borden home identified as "studio" on Plaintiff's Exhibit 6-A

Plaintiffs' Exhibit 13.   Photograph of the room in the Borden home identified as "sewing/den" on Plaintiff's Exhibits 6 and 6-A

Plaintiffs' Exhibit 14.   Excerpts from transcript of Deposition of Lisa St. Onge dated 7/26/05

All of the above exhibits are being filed individually this date.

Respectfully submitted,

_____/s/ Craig Murphey_____
Craig Murphey
PA ID# 53324
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7655
FAX (814) 454-4647
cmurphey@mijb.com

Attorneys for Plaintiffs
 Jonathan Borden and Amy Borden

926254