IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | | |
|---|---|---|
| JONATHAN A. BORDEN and | ) | |
| AMY P. BORDEN, | ) | |
|    Plaintiffs | ) | |
| | ) | |
|       v. | ) | NO. 04-175 E |
| | ) | |
| AMICA MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
|    Defendant | ) | ELECTRONICALLY FILED |

## PLAINTIFFS' TRIAL EXHIBIT 1

Related to Plaintiffs' Exhibit List, Document No. 22