| Photo Sheet | | Claim # | F300301218 |
|---|---|---|---|
| | Coverage BLDG | Policy # | 6308271183 |
| Insured  Borden, Jonathan | | Ins Claim # | F300301218 |



1

Risk, Front Elevation

PITTSBURGH
JUL 2 6 2004

PITTSBURGH
MAY 0 7 2003
Ans.



2

Risk, Front Elevation

Photo No. 1

Photo Sheet (MS/B 0470)           - 1 -           Feb 21, 2003

AM769

# Photo Sheet

Case 1:04-cv-00175-SJM    Document 23-2    Filed 12/16/2005    Page 2 of 20

Coverage BLDG

Claim #    F300301218
Policy #    6308271183
Ins Claim #    F300301218

Insured    Borden, Jonathan



5

Risk, Left Elevation



PITTSBURG
MAY 07 2003
Ans. _____



6

Risk, Left Elevation

Photo No. 2

# Photo Sheet

| | |
|---|---|
| Insured   Borden, Jonathan | Coverage BLDG<br>Claim #   F300301218<br>Policy #   6308271183<br>Ins Claim #   F300301218 |

**17**

Roof, front upper offset




PITTSBURGH
MAY 0 7 2003
Ans.

**18**

Roof, main lower slopes, temporary cover up and emergency repairs



Photo No. 3

Photo Sheet (MS/B 0470)        - 9 -        Feb 21, 2003

AM777

37

Front porch ceiling and windows boarded up


PITTSBURGH
MAY 07 2003

38

Front porch ceiling



Photo No. 4

# Photo Sheet

| | Coverage BLDG | Claim # | F300301218 |
|---|---|---|---|
| | | Policy # | 6308271183 |
| Insured   Borden, Jonathan | | Ins Claim # | F300301218 |



53

Rear porch siding and ceiling fan



PITTSBURGH
MAY 0 7 2003
Ans.



54

Rear porch ceiling

Photo No. 5

Photo Sheet (MS/B 0470)     - 27 -     Feb 21, 2003

AM795

# Photo Sheet

| | |
|---|---|
| Insured   Borden, Jonathan | Claim #   F300301218 |
| Coverage BLDG | Policy #   6308271183 |
| | Ins Claim #   F300301218 |



55

Rear left exterior walls boarded



PITTSBURGH
MAY 07 2003
Ans.



56

Rear porch concrete floor

Photo No. 6

Photo Sheet (MS/B 0470)           - 28 -           Feb 21, 2003

AM796

# Photo Sheet

| | |
|---|---|
| Insured   Borden, Jonathan | Claim #   F300301218<br>Coverage BLDG   Policy #   6308271183<br>Ins Claim #   F300301218 |



57

Left elevation



MAY 07 2003



58

Side porch ceiling on left elevation

Photo No. 7

**Photo Sheet**
Case 1:04-cv-00175-SJM   Document 23-2   Filed 12/16/2005   Page 8 of 20

Insured    Borden, Jonathan

Coverage BLDG

Claim #    F300301218
Policy #   6308271183
Ins Claim #  F300301218

61

Upper left elevation, broken windows




PITTSBURGH
MAY 0 7 2003
Ans. _____

62

Framing on left elevation



Photo No. 8



63

Left elevation framing damaged





64

Interior windows boarded up on left elevation

Photo No. 9

# Photo Sheet

| | |
|---|---|
| Insured Borden, Jonathan | Claim # F300301218 |
| Coverage BLDG | Policy # 6508271183 |
| | Ins Claim # F300301218 |

Case 1:04-cv-00148-SJM    Document 23-2    Filed 12/16/2005    Page 10 of 20



65

Left elevation across side porch and columns



PITTSBURGH
MAY 0 7 2003
Ans. _____



66

Left elevation brick veneer

Photo No. 10

# Photo Sheet

| | |
|---|---|
| Insured   Borden, Jonathan | Coverage BLDG   Claim # F300301218   Policy # 6308271183   Ins Claim # F300301218 |



Photo -

Temporary Framing in basement to keep floor from collapsing



PITTSBURGH
MAY 0 7 2003
Ans. _____



Photo -

Temporary framing to support the floor system above

Photo No. 11

Photo Sheet (MS/B 0470)   - 1 -   Feb 22, 2003

AM818

# Photo Sheet

| | |
|---|---|
| Insured  Borden, Jonathan | Coverage BLDG |
| | Claim #  F300301218 |
| | Policy #  6308271183 |
| | Ins Claim #  F300301218 |



Photo -

Temporary power installed



PITTSBURGH
MAY 0 7 2003



Photo -

Framing in basement, View from main level down into basement from den, 1/2 of the floor collapsed into the basement

Photo No. 12

# Photo Sheet

| | |
|---|---|
| Insured   Borden, Jonathan | Claim #   F300301218 |
| Coverage   BLDG | Policy #   6308271183 |
| | Ins Claim #   F300301218 |



Photo -

Temporary framing in basement. View from den above.

PITTSBURGH
MAY 07 2003
Ans. _____

Photo No. 13

# Photo Sheet

| | |
|---|---|
| Insured   Borden, Jonathan | Coverage BLDG |

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218

**1**

Bedroom 1



PITTSBURGH
MAY 0 7 2003
Ans. _____

**2**

Bedroom 1, closet area



Photo No. 14

Photo Sheet (MS/B 0470)     - 1 -     Feb 22, 2003

AM821

**Photo Sheet**

| | |
|---|---|
| Insured  Borden, Jonathan | Coverage BLDG |
| Claim #  F300301218 | Policy #  6308271183 |
| | Ins Claim #  F300301218 |

Case 1:04-cv-00278-SJM    Document 23-2    Filed 12/16/2005    Page 15 of 20

3

Bedroom 1





PITT...
MAY 07 2003
Ans. _____

4

Bedroom 1 hardwood flooring



Photo No. 15

| Photo Sheet | | Claim # | F300301218 |
|---|---|---|---|
| | Coverage BLDG | Policy # | 6308271183 |
| Insured   Borden, Jonathan | | Ins Claim # | F300301218 |

7

Wallpaper in Bedroom 1




PITTSBURGH
MAY 07 2003

8

Bedroom 2



Photo No. 16

Photo Sheet (MS/B 0470)                - 4 -                Feb 22, 2003

AM824



9

Bedroom 2, Drywall


PITTSBURGH
MAY 0 7 2003
Ans.



10

Bedroom 2

Photo No. 17

# Photo Sheet

| | |
|---|---|
| Insured  Borden, Jonathan | Claim #  F300301218 |
| Coverage  BLDG | Policy #  6308271183 |
| | Ins Claim #  F300301218 |



**11**

Front picture window in Bedroom 2



PITTSBURGH
MAY 07 2003
Ans.



**12**

Bedroom 2, hardwood flooring

Photo No. 18

Photo Sheet (MS/B 0470)   - 6 -   Feb 22, 2003

AM826

| Photo Sheet | | Coverage BLDG | Claim # | F300301218 |
|---|---|---|---|---|
| | | | Policy # | 6308271183 |
| Insured | Borden, Jonathan | | Ins Claim # | F300301218 |

15

Master Bedroom




PITTSBURGH
MAY 07 2003
Ans.

16

Master Bedroom



Photo No. 19

Photo Sheet (MS/B 0470)   - 8 -   Feb 22, 2003

AM828

# Photo Sheet

| | | |
|---|---|---|
| | Coverage BLDG | Claim # F300301218 |
| | | Policy # 6308271183 |
| Insured   Borden, Jonathan | | Ins Claim # F300301218 |

**17**

Master Bedroom, wallpaper boarder and exterior double doors




PITTSBURGH
MAY 07 2003

**18**

Master Bedroom



Photo No. 20