# Photo Sheet

| | |
|---|---|
| Coverage BLDG | Claim # F300301218 |
| | Policy # 6308271183 |
| Insured   Borden, Jonathan | Ins Claim # F300301218 |

**25**

Closet area in dressing area



PITTS...
MAY 07 2003
Ans. ____

PITTS...
MAY 07 2003
Ans. ____

**26**

Garden tub and tile steps in master bathroom



Photo No. 21

Photo Sheet (MS/B 0470)   - 13 -   Feb 22, 2003

AM833

# Photo Sheet

| | |
|---|---|
| Insured   Borden, Jonathan | Coverage BLDG |
| Claim #   F300301218 | Policy #   6308271183 |
| | Ins Claim #   F300301218 |

**51**

Attic storage, insulation in walls




MAY 07 2003
Ans. _____

**52**

Plywood decking on floor of attic storage area



Photo No. 22

Photo Sheet (MS/B 0470)         - 7 -         Feb 23, 2003

AM847

# Photo Sheet

Case 1:04-cv-00124-SJM   Document 23-3   Filed 12/16/2005   Page 3 of 20

Coverage BLDG

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218

Insured  Borden, Jonathan



53

Damage to rafters from attic storage area



PITTSBURGH
MAY 0 7 2003
Ans.



54

View: Damage to 2 x 8 rafters from attic storage area

Photo No. 23

**Photo Sheet**

| | |
|---|---|
| | Claim # F300301218 |
| Coverage BLDG | Policy # 6308271183 |
| Insured   Borden, Jonathan | Ins Claim # F300301218 |

55

View: Attic storage and insulation




MAY 0 7 2003
Ans.

56

Damage to rafters



Photo No. 24

# Photo Sheet

Case 1:04-cv-00175-SJM   Document 23-3   Filed 12/16/2005   Page 5 of 20

Coverage BLDG
Insured   Borden, Jonathan

Claim #      F300301218
Policy #     6308271183
Ins Claim #  F300301218

63

Wallpaper in upstairs hallway bathroom



64

Foyer



Photo No. 25



67

Foyer towards guest bedroom area



PITTSBURGH
MAY 07 2003
Ans.



68

Foyer towards front entry and steps up to second level

Photo No. 26

**Photo Sheet**

Case 1:04-cv-00175-SJM    Document 23-3    Filed 12/16/2005    Page 7 of 20

Insured    Borden, Jonathan    Coverage BLDG

Claim #    F300301218
Policy #    6308271183
Ins Claim #    F300301218



75

Living room fireplace and hearth



MAY 0 7 2003



76

Living room ceiling and stencil on walls

Photo No. 27

# Photo Sheet

| | |
|---|---|
| Case 1:04-cv-00175-SJM Document 23-3 Filed 12/16/2005 Page 8 of 20 | Claim # F300301218 |
| Coverage BLDG | Policy # 6308271183 |
| Insured   Borden, Jonathan | Ins Claim # F300301218 |

77

Outside wall of living room




MAY 0 7 2003
Ans.

78

Living room drywall between living room and den



Photo No. 28

**Photo Sheet**
Case 1:04-cv-00078-SJM  Document 23-3  Filed 12/16/2005  Page 9 of 20

| | | |
|---|---|---|
| Insured  Borden, Jonathan | Coverage BLDG | Claim #  F300301218<br>Policy #  6308271183<br>Ins Claim #  F300301218 |



79

Bay window area boarded up on rear elevation of dwelling located in living room



PITTS... MAY 0 7 2003 Ans.



80

View: Living room towards foyer

Photo No. 29

**Photo Sheet**

Case 1:04-cv-00179-SJM   Document 23-3   Filed 12/16/2005   Page 10 of 20

| | Claim # | F300301218 |
|---|---|---|
| Coverage BLDG | Policy # | 6308271183 |
| Insured   Borden, Jonathan | Ins Claim # | F300301218 |



81

Jacuzzi room located on rear right end of dwelling



PITTSBURGH
MAY 07 2003
Ans.



82

Carpet in Jacuzzi room

Photo No. 30

**Photo Sheet**

Case 1:04-cv-00470-SJM    Document 23-3    Filed 12/16/2005    Page 11 of 20

| | |
|---|---|
| Coverage BLDG | Claim # F300301218 |
| | Policy # 6506271183 |
| Insured  Borden, Jonathan | Ins Claim # F300301218 |

83

View: Jacuzzi room




MAY 0 7 2003
Ans.

84

Jacuzzi with tile surround



Photo No. 31

| Photo Sheet | | |
|---|---|---|
| | Coverage BLDG | Claim # F300301218 |
| Insured   Borden, Jonathan | | Policy # 6308271183 |
| | | Ins Claim # F300301218 |

**115**

Closet in playroom




MAY 07 2003
Ans.

**116**

Den and collapsed flooring



Photo No. 32

Photo Sheet (MS/B 0470)      - 39 -      Feb 23, 2003

AM879

# Photo Sheet

| | |
|---|---|
| Insured: Borden, Jonathan | Coverage BLDG |
| | Claim #: F300301218 |
| | Policy #: 6308271183 |
| | Ins Claim #: F300301218 |

117

Den




PITTSBURGH
MAY 07 2003
Ans.

118

Den wallpaper



Photo No. 33

# Photo Sheet

| | | |
|---|---|---|
| Insured   Borden, Jonathan | Coverage BLDG | Claim #   F300301218<br>Policy #   6308271183<br>Ins Claim #   F300301218 |



**119**

Ceiling fallen in den



MAY 0 7 2003

Ans. _____



**120**

Wallpaper and wall framing between den and kitchen

Photo No. 34

Photo Sheet (MS/B 0470)     - 41 -     Feb 23, 2003

AM881

| Photo Sheet | | |
|---|---|---|
| | Coverage BLDG | Claim # F300301218 |
| | | Policy # 6308271183 |
| Insured   Borden, Jonathan | | Ins Claim # F300301218 |

**121**

Ceiling and recessed lights in den





PITTS...
MAY 0 7 2003
Ans. ____

**122**

View:  Floor collapsed in den



Photo No. 35

Photo Sheet (MS/B 0470)          - 42 -          Feb 23, 2003

AM882

| Photo Sheet | | |
|---|---|---|
| | Coverage BLDG | Claim # F300301218 |
| | | Policy # 6308271183 |
| Insured  Borden, Jonathan | | Ins Claim # F300301218 |



123

Den flooring collapsed into basement





124

Den

Photo No. 36

Photo Sheet (MS/B 0470)   - 43 -   Feb 23, 2003

AM883

# Photo Sheet

| | | | |
|---|---|---|---|
| | Coverage BLDG | Claim # | F300301218 |
| | | Policy # | 6308271183 |
| Insured   Borden, Jonathan | | Ins Claim # | F300301218 |



126

Formal dining room



PITTSBURGH
MAY 0 7 2003
Ans. _____



127

Formal Dining Room

Photo No. 37

Photo Sheet (MS/B 0470)              - 1 -              Feb 24, 2003

AM885

| Photo Sheet | | |
|---|---|---|
| | Coverage BLDG | Claim # F300301218 |
| Insured   Borden, Jonathan | | Policy # 6308271183 |
| | | Ins Claim # F300301218 |



128

Formal Dining Room



MAY 0 7 2003

Ans. _____



129

Formal Dining Room

Photo No. 38

Photo Sheet (MS/B 0470)   - 2 -   Feb 24, 2003

AM886

# Photo Sheet

| | | |
|---|---|---|
| Insured  Borden, Jonathan | Coverage BLDG | Claim #  F300301218<br>Policy #  6308271183<br>Ins Claim #  F300301218 |

**132**

Kitchen




MAY 0 7 2003
Ans.

**133**

Kitchen



Photo No. 39

Photo Sheet (MS/B 0470) — 4 — Feb 24, 2003

AM888

# Photo Sheet

| | |
|---|---|
| Insured Borden, Jonathan | Coverage BLDG |
| | Claim # F300301218 |
| | Policy # 6308271183 |
| | Ins Claim # F300301218 |

134

Kitchen




PITTSBURGH
MAY 0 7 2003
Ans.

135

Kitchen



Photo No. 40