# Photo Sheet

| | Coverage BLDG | Claim # F300301218 |
|---|---|---|
| | | Policy # 6308271183 |
| Insured   Borden, Jonathan | | Ins Claim #  F300301218 |



138

Kitchen Cabinets



PITTSBURGH
MAY 0 7 2003
Ans.



139

Kitchen

Photo No. 41

Photo Sheet (MS/B 0470) — 7 —  Feb 24, 2003

AM891



# Photo Sheet

| | |
|---|---|
| Insured | Borden, Jonathan |
| Coverage | BLDG |
| Claim # | F300301218 |
| Policy # | 6308271183 |
| Ins Claim # | F300301218 |

140

Kitchen





PITTSBURGH
MAY 0 7 2003
Ans.

141

Studio



Photo No. 42

# Photo Sheet

| | |
|---|---|
| Insured   Borden, Jonathan | Claim #   F300301218<br>Coverage BLDG   Policy #   6308271183<br>Ins Claim #   F300301218 |

**144**

Studio




MAY 0 7 2003
Ans.

**145**

Studio Bedroom



Photo No. 43

Photo Sheet (MS/B 0470)            - 10 -            Feb 24, 2003

AM894

# Photo Sheet

| | | |
|---|---|---|
| | Coverage BLDG | Claim # F300301218 |
| | | Policy # 6308271183 |
| Insured   Borden, Jonathan | | Ins Claim # F300301218 |



146

Studio Bedroom



MAY 0 7 2003
Ans.



147

Windows in studio bedroom

Photo No. 44

## Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218



**148**

Studio bedroom


MAY 0 7 2003
Ans.

**149**

Stariwell down from studio to kitchen area

Photo No. 45

## Photo Sheet

| | |
|---|---|
| Insured  Borden, Jonathan | Coverage BLDG |

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218

152

Garage




MAY 0 7 2003
Ans.

153

Garage



Photo No. 46

# Photo Sheet

Coverage **BLDG**

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218

Insured   Borden, Jonathan



154

Garage rear wall



MAY 07 2003
Ans.



155

Garage

Photo No. 47

Photo Sheet (MS/B 0470)   — 15 —   Feb 24, 2003

AM899

# Photo Sheet

Coverage BLDG

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218

Insured   Borden, Jonathan



156

Garage rear wall framing



MAY 0 7 2003

Ans.



157

Garage

Photo No. 48

# Photo Sheet

| | | |
|---|---|---|
| Insured   Borden, Jonathan | Coverage BLDG | Claim #   F300301218<br>Policy #   6308271183<br>Ins Claim #   F300301218 |



**158**

Hallway floor next to kitchen and garage



MAY 0 7 2003

Ans. _____



**159**

Hallway pantry area adjacent to the kitchen

Photo No. 49

Photo Sheet (MS/B 0470)                - 1 -                Feb 25, 2003

AM901

# Photo Sheet

Claim # F300301218
Coverage BLDG
Policy # 6308271183
Insured   Borden, Jonathan
Ins Claim # F300301218



**160**

Pantry located in area between kitchen and garage



MAY 07 2003
Ans. _____



**161**

Hallway/Pantry area

Photo No. 50

Photo Sheet (MS/B 0470)    - 2 -    Feb 25, 2003

AM902

## Photo Sheet

**Insured** Borden, Jonathan                 Coverage BLDG

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218



**162**

Hallway between kitchen and garage



MAY 07 2003
Ans.



**163**

Closet in hallway area between garage and kitchen

Photo No. 51

Photo Sheet (MS/B 0470)                 - 3 -                 Feb 25, 2003

AM903

| | | |
|---|---|---|
| **Photo Sheet** | Coverage BLDG | Claim # F300301218<br>Policy # 6308271183<br>Ins Claim # F300301218 |
| Insured   Borden, Jonathan | | |



164

Basement



MAY 07 2003

Ans. _____



165

Basement

Photo No. 52

Photo Sheet (MS/B 0470)            - 4 -            Feb 25, 2003

AM904

# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #      F300301218
Policy #     6308271183
Ins Claim #  F300301218



166

Basement



MAY 0 7 2003
Ans.



167

Basement

Photo No. 53

Photo Sheet (MS/B 0470)   - 5 -   Feb 25, 2003

AM905

# Photo Sheet

**Insured**  Borden, Jonathan

**Coverage BLDG**

Claim #  F300301218
Policy #  6308271183
Ins Claim #  F300301218



**172**

Basement


MAY 07 2003
Ans.



**173**

Trash incinerator in basement

Photo No. 54

Photo Sheet (MS/B 0470)                - 8 -                Feb 25, 2003

AM908

## Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #      F300301218
Policy #     6308271183
Ins Claim #  F300301218

**176**

Laundry sink in basement


MAY 07 2003

**177**

Floor joists under formal dining area from basement crawl space opening



Photo No. 55

Photo Sheet (MS/B 0470)     - 10 -     Feb 25, 2003

AM910

# Photo Sheet

| | | |
|---|---|---|
| Insured   Borden, Jonathan | Coverage BLDG | Claim #   F300301218<br>Policy #   6308271183<br>Ins Claim #   F300301218 |



178

Basement from fallen flooring in den



MAY 0 7 2003

Photo No. 56

Photo Sheet (MS/B 0470) — - 11 - — Feb 25, 2003

AM911

Photo No. 57

Photo No. 58

Photo No. 59

Photo No. 60