Photo No. 61

Photo No. 62



Photo No. 63

Photo No. 64

Photo No. 65

Photo No. 66



Photo No. 67

Photo No. 68

Photo No. 69



Photo No. 70



Photo No. 71



Photo No. 72



Photo No. 73

Photo No. 74

Photo No. 75

Photo No. 76

Photo No. 77



Photo No. 78

Photo No. 79