IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

JONATHAN A. BORDEN and        )
AMY P. BORDEN,                )
    Plaintiffs            )
                              )
       v.              )        NO. 04-175 E
                              )
AMICA MUTUAL INSURANCE        )
COMPANY,                      )
    Defendant             )        ELECTRONICALLY FILED

## PLAINTIFFS' TRIAL EXHIBIT 2

Related to Plaintiffs' Exhibit List, Document No. 22