Plaintiffs' Exhibit 6


