Plaintiffs' Exhibit 6

