Plaintiffs' Exhibit 9

FROM : VISIONS.CORP            FAX NO. : 814 838-3646            Mar. 08 2003 01:27AM  P1



**Visions Corp.**
*Painting, Drywall, Roofing, Building Services & All Concrete Needs*

Property Claims Services.                    March 7, 2003
Mr. John Schumann
117 Arbor Crest Lane                         Mr. John Borden
Lillington, North Carolina. 27546            4838 Wolf Road
Telephone: (910) 797-3327                    Erie, Pa. 16505

Reference: Amica Mutual Insurance Company
Claim Number: F300301218
Type of Loss: Fire.
Date of Loss: February 16, 2003

Dear Mr. Schumann,

   After many hours going thru the structure at 4838 Wolf Rd, and reading over your estimate, We at Visions Corp feel the project can be done at your estimate cost. As all fire claims there are always hidden costs on areas that could'nt be seen or areas that had no access.

   Regarding the contents that are in storage waiting to be cleaned. I feel 90% of all items will come clean and look as good as they were before the fire loss. We at Visions Corp take great pride in all the work we do. Again, as always there will certain items that will look great but will not be excepted by the owner.

   John, We look forward to working with you and the Bordens to get this project off the ground and get it done. I will be there for the Bordens, Amica Mutual and yourself for anything we can do to help.

                                        Sincerely;

                                        Brian K. Seifert,
                                        Visions Corp, Pres.



PLAINTIFF'S
EXHIBIT
9

AM508