Ex. No. 10-1

Ex. No. 10-2

Ex. No. 10-3

Ex. No. 10-4

Ex. No. 10-5



Ex. No. 10-6

Ex. No. 10-7



Ex. No. 10-8

Ex. No. 10-9



Ex. No. 10-10

# Photo Sheet

**Coverage BLDG**

Claim #  F300301218
Policy #  6308271183
Ins Claim #  F300301218

**Insured**  Borden, Jonathan



**67**

Foyer towards guest bedroom area



PITTSBURGH
MAY 0 7 2003
Ans.



**68**

Foyer towards front entry and steps up to second level

**Ex. No. 10-11**

AM855

# Photo Sheet

**Coverage BLDG**

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218

Insured    Borden, Jonathan



**41**

Front door damage



PITTSBUR...
MAY 0 7 2003
Ans.



**42**

Upper front elevation

**Ex. No. 10-12**



Ex. No. 10-13



Ex. No. 10-14



Ex. No. 10-15

Ex. No. 10-16



Ex. No. 10-17



Ex. No. 10-18



Ex. No. 10-19



Ex. No. 10-20