

Ex. No. 10-21



Ex. No. 10-22



Ex. No. 10-23



Ex. No. 10-24

Ex. No. 10- 25



Ex. No. 10- 26



Ex. No. 10-27

# Photo Sheet

**Coverage BLDG**

| | |
|---|---|
| Claim # | F300301218 |
| Policy # | 6308271183 |
| Ins Claim # | F300301218 |

**Insured**    Borden, Jonathan

3

Bedroom 1





PITTSBURGH
MAY 0 7 2003
Ans. _____

4

Bedroom 1 hardwood flooring



**Ex. No. 10- 28**

AM822



Ex. No. 10-29



Ex. No. 10-30



Ex. No. 10-31



Ex. No. 10-32

# Photo Sheet

**Coverage BLDG**

Claim #  F300301218
Policy #  6308271183
Ins Claim #  F300301218

**Insured**    Borden, Jonathan



55

View:  Attic storage and insulation



MAY 0 7 2003



56

Damage to rafters

**Ex. No. 10-35**

Photo Sheet (MS/B 0470)                      - 9 -                      Feb 23, 2003

AM849

# Photo Sheet

**Insured**   Borden, Jonathan

Coverage UPP

| | |
|---|---|
| Claim # | **F300301218** |
| Policy # | **6308271183** |
| Ins Claim # | **F300301218** |

Photo -





MAY 0 7 2003

Photo -



PITTSBURGH
MAR 1 1 2003
Ans.

**Ex. No. 10- 36**