Plaintiffs' Exhibit 11

# GIORDANO ASSOCIATES, INC

*Established 1978*

71 High Street   East Haven, Connecticut 06512   (800) 469-7477   FAX (203) 469-6409

Macdonald, Illig, Jones & Britton
Attorney Terry Jones
100 State Street
Erie, PA 16507

RE: Dr. Borden

Dear Attorney Jones:

I have reviewed the building estimate submitted on behalf of Amica Insurance which was prepared by G.S. Jones. I found the estimate to be more logical and detailed then Amica's first offer. Below are some areas of concern. I went room by room to make it easier to follow.

*Basement General:*

- Plastic sump pump pit, with hosing, and pump. If part of plumbing estimate I need detailed breakdown to verify.
- With the extent of heat and items melted to the floor I would like to keep the basement floor open for inspection once the debris is removed. The floor will require exposy sealing to rid it of smell, even under the carpet.
- Locksets on doors

*Left front basement-Finished:*

- With the extent of heat and items melted to the floor I would like to keep the basement floor open for inspection once the debris is removed. The floor will require exposy sealing to rid it of smell, even under the carpet.

*Crawl Spaces:*

- Replace vapor barriers on the dirt floors.
- Replace the smoke detectors.



PLAINTIFF'S EXHIBIT 11

*Steps to kitchen:*

- Sub floor on landing
- Oak floor on landing
- Base trim on landing
- There is a sill around the entire wall perimeter, which is the top of the basement brick wall. This had a top plate piece of finished pine with a chair rail tight to the bottom.
- Wall insulation 2 walls

*Kitchen:*

- There was a 2 pc base trim (3.5 plus a shoe)
- Beams were wrapped in a pine 1 x 10 on sides and a 1 x 8 on bottom (see my estimate for measurements). I assume the figure in the estimate is for the beam only.
- Cased opening
- Scaffold and drywall charge to sheetrock the skylight chase.
- Painting charge for skylight chase
- Does countertop price include counter tops? The tops are Corian and the price does not appear to include them.
- The appliances were all built in. Need to add top quality appliance plus all electrical and plumbing hook ups: Dishwasher, 2 wall ovens, cabinet hanging microwave, Water purifier (Kenmore), electric Stove 32 inch, Refrigerator with water and ice.
- No allowance for kitchen sink. If part of a plumbing bid item need to see breakdown to verify.
- All cabinets and draws had child safety latches installed.
- Size walls before papering.
- Crown molding
- Curtain rods installation.
- Locksets on doors.
- There is no allowance for the kitchen sink. I see the piping allowance but no fixtures

*Mudroom:*

- There was a small closet at the end of the mud room on the right. The closet is on page 14 of my estimate and missing from this estimate.
- There is a 2 pc base trim
- Locksets on doors.
- Heat registers
- 2 Bifold doors on closet (pantry)
- Exterior doors there are 2
- Pantry shelving was 5/8 cabinet grade. There was 28 lf and a closet pole

*Powder Room:*

- This room was wallpapered with a border not painted.
- There is a 2 pc base trim
- Heat registers
- Medicine cabinet
- Locksets

*Garage:*

- Disagree with partial sheet rock
- Garage door not addressed
- Ceiling is textured if only doing partial ceiling we need to scrape and prep balance
- Closet Doors are unfinished wood and will retain the odor. These are bifolds
- Closet shelving is unfinished wood as well. 5/8 cabinet grade
- Exterior door

*Studio:*

- Cathedral ceiling requires scaffolding
- Beams were wrapped in a pine 1 x 10 on sides and a 1 x 8 on bottom (see my estimate for measurements). I assume the figure in the estimate is for the beam only.
- Heat registers