Plaintiffs' Exhibit 12

PLAINTIFF'S
EXHIBIT
12

PENGAD 800-631-6989