IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | |
|---|---|
| JONATHAN A. BORDEN and<br>AMY P. BORDEN,<br><br>        Plaintiffs<br><br>        vs.<br><br>AMICA MUTUAL INSURANCE<br>COMPANY<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 04-175 - E<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Index of Defendant's Trial Exhibits

A1    March 17, 2003 correspondence from Plaintiffs to David Bennett.

A2    March 20, 2003 correspondence from Plaintiffs to Bennett.

A3    March 26, 2003 correspondence from Bennett to Plaintiffs.

A4    Endorsed check in the amount of $295,098.92 from Amica to Plaintiffs.

A5    February 18, 2003 correspondence from Bennett to Plaintiffs.

A6    March 3, 2003 correspondence from Bennett to Plaintiffs.

A7    March 7, 2003 correspondence from Seifert to Schumann.

A8    March 11, 2003 correspondence from Bennett to Plaintiffs.

A8(1)    March 17, 2003 correspondence from Bennett to Plaintiffs.

A9    Endorsed check in the amount of $39,945.48 from Amica to Plaintiffs.

A10    March 25, 2003 correspondence from Bennett to Parise.

A12    June 5, 2003 correspondence from T. Jones to Geer.

| | |
|---|---|
| A13 | May 2, 2003 correspondence from Bennett to Plaintiffs. |
| A15 | February 25, 2003 Schumann report and estimate re: coverage A repairs. |
| C | Report and estimate of D. Jones, including Trade Breakdown, Work Area Breakdown, Drawings, Sub-Contractor & Photos. |
| D | March 21, 2003 correspondence from Bennett to Parise. |
| E | March 23, 2003 correspondence from Parise to Schumann. |
| F | April 8, 2003 fax from Bennett to Schumann enclosing April 6, 2003 fax from Parise to Bennett. |
| G | May 7, 2003 correspondence from Bennett to Parise. |
| H | Policyholder Release, Acknowledgment of Payment, and Settlement Agreement. |
| I | Misc. portions of Richard Borden deposition testimony. |
| P1 | Photo, bedroom 1. |
| P2 | Photo, bedroom 1, closet area. |
| P3 | Photo, bedroom 1. |
| P4 | Photo, bedroom 1 hardwood flooring. |
| P7 | Photo, wallpaper in bedroom 1. |
| P8 | Photo, bedroom 2. |
| P25 | Photo, closet area in dressing area. |
| P26 | Photo, garden tub and tile steps in master bathroom. |
| P35 | Photo, upstairs hallway. |
| P36 | Photo, upstairs hallway towards stairs down to main level. |
| P37 | Photo, closet in upstairs hallway. |
| P38 | Photo, wallpaper in hallway closet upstairs. |
| P40 | Photo, upper landing and stairway. |

P41   Photo, stairway from second level down to foyer and landing.

P42   Photo, from second level down to foyer.

P42(1) Photo, stairway and trim and carpet on steps down to foyer landing.

P45   Photo, foyer and steps to second level.

P46   Photo, lower landing adjacent to foyer.

P59   Photo, upstairs hallway bathroom.

P60   Photo, tub, toilet and shower area in hallway bath upstairs.

P81   Photo, Jacuzzi room located on right rear end of dwelling.

P82   Photo, carpet in Jacuzzi room.

P83   Photo, Jacuzzi room.

P84   Photo, Jacuzzi with tile surround.

P85   Photo, Jacuzzi room.

P86   Photo, closet adjacent to Jacuzzi room.

P87   Photo, cabinet and shelving in closet adjacent to Jacuzzi room.

P88   Photo, bathroom adjacent to Jacuzzi room.

P95   Photo, guest suite, bedroom and kitchen area.

P96   Photo, guest bedroom area.

P109  Photo, guest suite bathroom sink and vanity.

P110  Photo, playroom.

P111  Photo, playroom exterior sliding doors.

P112  Photo, playroom.

P113  Photo, playroom.

P114  Photo, carpet in playroom.

P117  Photo, den.

P118  Photo, den wallpaper.

P121  Photo, ceiling and recessed lights in den.

P122  Photo, floor collapsed in den.

P123  Photo, den flooring collapsed into basement.

P124  Photo, den.

P128  Photo, formal dining room.

P 129 Photo, formal dining room.

P130  Photo, formal dining room.

P131  Photo, formal dining room.

P132  Photo, kitchen.

P133  Photo, kitchen.

P134  Photo, kitchen.

P135  Photo, kitchen.

P179  Photo, front elevation.

P180  Photo, front elevation.

P181  Photo, front elevation.

P182  Photo, left elevation.

P183  Photo, left elevation.

P184  Photo, left elevation.

P185  Photo, rear elevation.

P186  Photo, rear elevation.

P187  Photo, right elevation.

P188  Photo, right elevation.

P189  Photo, front elevation from right corner towards garage.

P190  Photo, from main slope to garage roof.

P191  Photo, exterior.

P192  Photo, exterior.

          Respectfully submitted,

          DiBella, Geer, McAllister & Best, P.C.


    By: /s/  Paul K. Geer, Esquire
          Paul K. Geer, Esquire
          Attorney for Defendant, Amica
          Mutual Insurance Company