PITTSBURGH
MAR 25 2003
Ans. _____

Dear Mr. Bennett,      3/17/03

Thank you for your attention to our claim. After consulting with Mr. Anthony Parise, CPCU, AIC, we cannot accept this check for our home repair.

We will be working with Mr. Parise to compile our claim, and will send it as soon as it is completed.

Thank you.

Sincerely

Amy & Jonathan Borden

DEFENDANT'S EXHIBIT A1

COPY

PITTSBURGH
MAR 26 2003

Dear Mr Bennett,                    3/20/03

Enclosed is the check in the amount of $39,945.48. We previously returned the check in the amount of $295,098.92 We are not accepting these as settlements of the claim.

Sincerely,
Jonathan and Amy Borden

EXHIBIT
J. BORDEN #1



DEFENDANT'S EXHIBIT

AM547

**Amica**
AUTO   HOME   LIFE

Amica Mutual Insurance Company
Amica Life Insurance Company
Amica General Agency, Inc.

PITTSBURGH REGIONAL OFFICE
1500 Corporate Drive, Suite 250
Canonsburg, Pennsylvania 15317-8574

Toll Free: 888-67-AMICA (888-672-6422)
Fax: (724) 745-2133

March 26, 2003



Dr. Jonathan Borden and
Mrs. Amy Borden
4838 Wolf Road
Erie, PA 16505

Our File No.: F302000301218
Date of Loss: February 16, 2003

Dear Dr. and Mrs. Borden:

I have received your note of March 20, 2003 and the return of our Contents check in the amount of $39,945.48.

As was explained in our letter of March 25, 2003 following your return of the Dwelling payment of $295,098.92, neither check represents a settlement check. There are payments we feel we owe based upon our adjuster's estimate of the damages. Your acceptance of these checks does not affect your ability to contest our estimate of the damages or make claim for additional damages.

Please let me know if you would like us to return these checks.

Very truly yours,

David J. Bennett, CPCU, AIC
Amica Mutual Insurance Company
Branch Manager

DJB:dcwl

cc:  Giordano and Associates, Inc.
     71 High Street
     East Haven, CT  06512


EXHIBIT
J. BORDEN #9



57-1/115
Fleet

## AMICA MUTUAL INSURANCE COMPANY
CORPORATE OFFICE - LINCOLN, RHODE ISLAND

**8561914**

MARCH 11, 2003

BRANCH ACCOUNT
FOR A LOSS ON 02/16/2003 OR FOR SERVICES RENDERED UNDER POLICY NO. 630837-1123
CLAIM FILE NUMBER F30200301218    INSURED JONATHAN BORDEN

PAY    *295,098*DOLLARS AND 92 CENTS                    $295,098.92

TO THE
ORDER    JONATHAN BORDEN AND AMY BORDEN AND
OF       BANK OF AMERICA ITS SUCCESSORS AND
         OR ASSIGNS

**VOID**

Robert L. Prutico
AUTHORIZED SIGNATURE

⑈8561914⑈ ⑆011500010⑆ 00093 97909⑈          ⑈0029509892⑈

2139625

FLEET

[illegible endorsement stamps and markings]

Amy Borden
For deposit only

12/2/2005





February 18, 2003

Dr. Jonathan Borden
145 West 23rd Street, Suite 202
Erie, PA  16502

        File Number: F30200301218
        Date of Loss: February 16, 2003
        Deductible: $ 1,000

Dear Mr. and Mrs. Borden:

    Thank you for notifying us of the incident occurring on the above date of loss.

    This case has been assigned for investigation to John Schumann.

    He will be contacting you shortly. Please cooperate with him as they are acting as our representative and will report directly to this office.

    Any covered portion of this loss is subject to the deductible amount shown above.

    I have enclosed our "Guiding You Through Reconstruction" package and an AMICA Claim Card in the amount of $ 7,500.00. Please confirm receipt of the claim card in the enclosed self-addressed stamped envelope.

    If you have any questions, you may contact me directly at 888/796-6824, extension 32014 or at the e-mail address below.

        Very truly yours,

        David J. Bennett, CPCU
        Branch Manager
        Amica Mutual Insurance Company
        dbennett@amica.com

Enclosure


EXHIBIT
J. BORDEN #1



AM429

Amica Mutual Insurance Company
Amica Life Insurance Company
Amica General Agency, Inc.

**PITTSBURGH REGIONAL OFFICE**
1500 Corporate Drive, Suite 250
Canonsburg, Pennsylvania 15317-8574

AUTO  HOME  LIFE

Toll Free: 888-67-AMICA (888-672-6422)
Fax: (724) 745-2133



March 3, 2003

Dr. Jonathan Borden and
Mrs. Amy Borden
3838 Wolfe Rd.
Erie, PA 16505

Our File No.: F30200301218
Date of Loss: February 16, 2003

Dear Dr. and Mrs. Borden:

    I would like to take the opportunity to explain what has transpired during the past two weeks.

    We have forwarded a check in the amount of $10,800.00 to Coldwell Banker which represents the house rental for six months through August 31, 2003. In addition, we have sent a check for $11,976.94 payable to Seifert's Furniture for the cost of furniture for the rental house.

    Since we issued the Amica claim card, the value load for the card totals $15,500.00. Your current balance on the Amica claim card is $10,352.36. If you have any problems with the use of this claim card, please let me know.

    We have paid Visions, Inc. $11,874.20 which represents board-up/water extraction of $8,013.80 and electrical connections and shoring in the amount of $3,860.40.

    John Schumann of Property Claim Services has completing his dwelling estimate. Visions, Inc. has indicated that they are willing to complete the repairs based upon his estimate. If you would like to use another contractor, please make arrangements to have them inspect the house and review Property Claim Services' estimate so repairs can begin as soon as possible.

    Visions, Inc. has packed out the contents which can be cleaned and repaired. It is necessary that you authorize this cleaning to avoid any unnecessary storage charges.

    At this time, John Schumann is working on the contents inventory and will need your assistance to finalize this inventory.



J. BORDEN #2

Web Site: www.amica.com
Offices Countrywide: 800-24-AMICA (800-242-6422)

AM495



Amica Mutual Insurance Company
Amica Life Insurance Company
Amica General Agency, Inc.

PITTSBURGH REGIONAL OFFICE
1500 Corporate Drive, Suite 250
Canonsburg, Pennsylvania 15317-8574

Toll Free: 888-67-AMICA (888-672-6422)
Fax: (724) 745-2133

AUTO  HOME  LIFE

Dr. Jonathan Borden and
Mrs. Amy Borden
Page Two

    We understand this has been a very difficult experience for you and your family. If there is anything we can do to assist you with this matter, please let me know.

                Very truly yours,

                David J. Bennett, CPCU, AIC
                Amica Mutual Insurance Company
                Branch Manager

DJB:dcm1, 2

FROM : VISIONS.CORP                FAX NO. : 814 838-3646                Mar. 08 2003 01:27AM P1



**Visions Corp.**
*Painting, Drywall, Roofing, Building Services & All Concrete Needs*

COPY

**Property Claims Services.**
Mr. John Schumann
117 Arbor Crest Lane
Lillington, North Carolina. 27546
Telephone: (910) 797-3327

March 7, 2003

Mr. John Borden
4838 Wolf Road
Erie, Pa. 16505

**Reference:** Amica Mutual Insurance Company
**Claim Number:** F300301218
**Type of Loss:** Fire.
**Date of Loss:** February 16, 2003

Dear Mr. Schumann,

After many hours going thru the structure at 4838 Wolf Rd, and reading over your estimate, We at Visions Corp feel the project can be done at your estimate cost. As all fire claims there are always hidden costs on areas that could'nt be seen or areas that had no access.

Regarding the contents that are in storage waiting to be cleaned. I feel 90% of all items will come clean and look as good as they were before the fire loss. We at Visions Corp take great pride in all the work we do. Again, as always there will certain items that will look great but will not be excepted by the owner.

John, We look forward to working with you and the Bordens to get this project off the ground and get it done. I will be there for the Bordens, Amica Mutual and yourself for anything we can do to help.

Sincerely;

Brian K. Seifert,
Visions Corp, Pres.

**EXHIBIT**

J. BORDEN #3

AM508

Amica Mutual Insurance Company
Amica Life Insurance Company
Amica General Agency, Inc.

PITTSBURGH REGIONAL OFFICE
1500 Corporate Drive, Suite 250
Canonsburg, Pennsylvania 15317-8574

**Amica**
AUTO  HOME  LIFE

Toll Free: 888-67-AMICA (888-672-6422)
Fax: (724) 745-2133

March 11, 2003

Dr. Jonathan Borden and
Mrs. Amy Borden
4838 Wolf Road
Erie, PA 16505

COPY

Our File No.: F30200301218
Date of Loss: February 16, 2003

Dear Dr. and Mrs. Borden:

    Enclosed is our check for $295,098.92 which represents the Actual Cash Value of the dwelling repairs less your $1,000.00 deductible. The dwelling repairs have been agreed by Visions, Incorporated in the amount of $328,999.14. I have enclosed a copy of this agreed estimate. Please note the check includes your mortgagee, Bank of America. Once the repairs are completed, we will issue a check for the balance of the repair cost less your deductible.

    As of March 10, 2003, your Amica Claim Card has a balance of $5,357.51.

    Mr. Schumann has previously agreed to the rental of a washer, dryer and televisions for the rental property. We will include the rental cost of these items under your Additional Living Expense coverage for a period of 30 days. A replacement washer, dryer and televisions should be purchased within this 30 day period and these costs included in your Contents inventory. When repairs are complete, we will pay under your contents coverage the cost to move these items to your house.

    John Schumann is completing the content's inventory on items that he could identify. He will need your assistance to finalize the content's inventory. Please contact Mr. Schumann so he may assist you with the completion of this inventory.

    Please refer to Page 14 of 28 of your Homeowners policy, Section I – Conditions, which state as follows:

> **B. Duties After Loss**
>
> In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, or an **insured** seeking coverage, or a representative of


EXHIBIT
J. BORDEN #4

Web Site: www.amica.com
Offices Countrywide: 800-24-AMICA (800-242-6422)

AM518



Amica Mutual Insurance Company
Amica Life Insurance Company
Amica General Agency, Inc.

PITTSBURGH REGIONAL OFFICE
1500 Corporate Drive, Suite 250
Canonsburg, Pennsylvania 15317-8574

Toll Free: 888-67-AMICA (888-672-6422)
Fax: (724) 745-2133

AUTO  HOME  LIFE

either:

4. Protect the property from further damage. If repairs to the property are required, you must:

   a. Make reasonable and necessary repairs to protect the property;

5. Cooperate with us in the investigation of a claim;

6. Prepare an inventory of damaged personal property showing the quantify, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory.

I have enclosed a copy of your policy for your review.

As previously explained, Visions Corp. has packed up the contents which can be cleaned. It is necessary that you authorize this cleaning so Visions can begin the cleaning process to prevent further damage and to avoid storage charges. Their telephone number is 814-838-4236.

Please forward the receipts for the hotel and meal expenses for our review under your Additional Living Expense coverage. I have enclosed a self-address stamped envelope for your convenience.

Thank you for your assistance in this matter. If you have any questions or concerns, please let me know.

Very truly yours,

David J. Bennett, CPCU
Branch Manager
Amica Insurance Company
dbennett@amica.com



Amica Mutual Insurance Company
Amica Life Insurance Company
Amica General Agency, Inc.

PITTSBURGH R
1500 Corporat
Canonsburg, F



Toll Free: 888-
Fax: (724) 745

March 17, 2004

```
                                                134•60
                                              1,200•00
                                              1,800•00
                                                250•00

                                              3,384•40

                                        Ret 3/12 Auth Ree
```

Dr. Jonathan Borden and
Mrs. Amy Borden
4838 Wolf Road
Erie, PA 16505


Our File No.: F30200301218
Date of Loss: February 16, 2003


Dear Dr. and Mrs. Borden:

Enclosed is a partial contents Replacement Cost inventory completed by John Schumann which totals $39,945.48. Based on this itemization, I have enclosed our check for $39,945.48. If you have any questions or concerns regarding this inventory and the values, please contact Mr. Schumann.

We have made payment to Rent-A-Center for the rental of the televisions, video equipment and washer/dryer in the amount of $497.28.

We've also made payment to Visions Corporation according to the attached invoices. Payment is as follows:

| | | |
|---|---|---|
| Visions Corporation – Coverage A | $ 655.00 | – Paid 3/7 |
| Coverage D | $ 822.28 | – Paid 3/7 |
| Coverage C | $3,384.40 | – Paid 3/7 |

Should you have any questions concerning this, please let me know.

Very truly yours,

David J. Bennett, CPCU, AIC
Amica Mutual Insurance Company
Branch Manager

**EXHIBIT**
J. BORDEN #6



Web Site: www.amica.com
Offices Countrywide: 800-24-AMICA (800-242-6422)

AM537



**Amica Mutual Insurance Company**
**Amica Life Insurance Company**
**Amica General Agency, Inc.**

PITTSBURGH REGIONAL OFFICE
1500 Corporate Drive, Suite 250
Canonsburg, Pennsylvania 15317-8574

Toll Free: 888-67-AMICA (888-672-6422)
Fax: (724) 745-2133

DJB:dcm1

Enclosure
CC:  Giordano Associates, Inc.
     71 High Street
     East Haven, Conn 06512

**AMICA MUTUAL INSURANCE COMPANY**
CORPORATE OFFICE - LINCOLN, RHODE ISLAND

57-1/115
Fleet

**8571812**

MARCH 17, 2003

BRANCH ACCOUNT
FOR A LOSS ON  02/16/2003  OR FOR SERVICES RENDERED UNDER POLICY NO.  630837-1133
CLAIM FILE NUMBER  F30200301218           INSURED  JONATHAN BORDEN

PAY   *39,945*DOLLARS AND 48 CENTS                              $39,945.48

TO THE
ORDER   JONATHAN BORDEN AND
OF      AMY BORDEN

**VOID**

⑀8571812⑀ ⑊011500010⑊ 00093 97909⑊             ⑊00003994548⑊

2139741

FLEET



12/2/2005

**Amica**
AUTO  HOME  LIFE

Amica Mutual Insurance Company
Amica Life Insurance Company
Amica General Agency, Inc.

PITTSBURGH REGIONAL OFFICE
1500 Corporate Drive, Suite 250
Canonsburg, Pennsylvania 15317-8574

Toll Free: 888-67-AMICA (888-672-6422)
Fax: (724) 745-2133

March 25, 2003

COPY

Anthony M. Parise, CPCU
Giordano and Associates, Inc.
71 High Street
East Haven, CT 06512

Our File No.: F30200301218
Our Insured: Jonathan and Amy Borden
Date of Loss: February 16, 2003

Dear Mr. Parise:

Our check in the amount of $295,098.92 which represents the Actual Cash Value of the repairs estimated by John Schumann has been returned. I would like you to understand that issuance of this check is not a release of the claim. It represents the portion of the dwelling claim that is not in dispute. If you would like to reconsider your position, please let me know and I will resend this check.

As you know, we have issued a check for $39,945.48 based upon the contents inventory prepared by John Schumann. We look forward to your contents inventory and supporting documentation for the remaining contents items.

Currently, contents are being stored by Visions Corporation that they feel can be cleaned and returned. We request that you contact them to authorize the cleaning. We will not be responsible for any unnecessary content's storage charges.

We understand the dry cleaning was completed and delivered to our insureds. However, they refused to accept delivery indicating these items were not cleaned to their satisfaction. According to VIP Cleaners, these items have been cleaned according to industry standards and we disagree with the contention that they were not cleaned satisfactorily.



EXHIBIT
J. BORDEN #8



Web Site: www.amica.com
Offices Countrywide: 800-24-AMICA (800-242-6422)

AM565



Amica Mutual Insurance Company
Amica Life Insurance Company
Amica General Agency, Inc.

PITTSBURGH REGIONAL OFFICE
1500 Corporate Drive, Suite 250
Canonsburg, Pennsylvania 15317-8574

Toll Free: 888-67-AMICA (888-672-6422)
Fax: (724) 745-2133

AUTO   HOME   LIFE

Anthony M. Parise, CPCU
Page Two


Since we are now over 5 weeks since the date of this loss, we look forward to your estimate of the dwelling repairs. Also, please forward the hotel and meal expenses incurred by our insureds prior to their move into the rental house for our review and consideration under the Addition Living Expense coverage.

Your cooperation in this regard will be appreciated.

Very truly yours,


David J. Bennett, CPCU, AIC
Amica Mutual Insurance Company
Branch Manager

DJB:dct1

cc: Dr. Jonathan and Mrs. Amy Borden