March 21, 2003

Anthony M. Parise, CPCU
Giordano Associates, Inc.
71 High Street
East Haven, CT 06512

                Our File No.: F30200301214
                Our Insureds: Jonathan Borden and
                              Amy Borden
                Date of Loss: February 16, 2003

Dear Mr. Parise:

    This will acknowledge your consulting agreement of March 10, 2003.

    We have attempted to reach you through our adjuster, John Schumann. Please provide Mr. Schumann our insured's contents inventory and contractor's estimate of damages to the dwelling.

    We look forward to this documentation as soon as possible. Please contact John Schumann of Property Claim Services. Their telephone number is 910-797-3327.

    Your cooperation in this regard will be appreciated.

                                    Very truly yours,

                                    David J. Bennett, CPCU, AIC
                                    Amica Mutual Insurance Company
                                    Branch Manager

DJB:dcfl



AM555