PITTSBURGH-CLAIMS
APR 0 3 2003
Ans.

# GIORDANO ASSOCIATES, INC.

*Established 1978*

71 High Street   East Haven, Connecticut 06512   (800) 469-7477   FAX (203) 469-6409

Mr. Shuman                                           March 23, 2003
117 Arbor Crest Lane
Lillington, North Carolina 27546

RE: Dr. & Mrs. Borden

Dear Mr. Schumann:

As you are aware Dr. & Mrs. Borden have retained our consulting services regarding the fire damage to their home on February 16, 2003. Dr. & Mrs. Borden have serious concerns as to the extent of damage and the potential health risk associated with the smoke damage. The smoke damage in the home is extremely heavy. Dr. Borden has been doing some research on toxicants that are formed when items like plastics burn. I am sure he will share his findings with us once his research is concluded.

In the report that follows you will find the following:

BUILDING:

- A letter addressing the concerns with the estimate present to the Bordens.
- Our estimate reflecting the reconstruction cost associate with the necessary repairs required to return the Bordens to a pre-loss condition.
- A request for a meeting at the location to review the building estimates.

CONTENTS:

- Letter addressing the status of the inventory to date
- A request for written direction on how AMICA would like the Bordens to proceed with dry-cleaning and the items in the offsite storage.



DEFENDANT'S EXHIBIT E

We look forward to working with you. Please give me a call at (203) 676-3100 or page (877) 303-4597 so we can keep the claim moving ahead. Thank you.

Sincerely,

Anthony N. Parise, CIC, CPCU, AIC