# Photo Sheet

**Insured** Borden, Jonathan    **Coverage BLDG**

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218



1

Bedroom 1



PITTSBURGH
MAY 0 7 2003
Ans. _____

DEFENDANT'S EXHIBIT P1



2

Bedroom 1, closet area



DEFENDANT'S EXHIBIT P2

Photo Sheet (MS/B 0470)    - 1 -    Feb 22, 2003

AM821

# Photo Sheet

Insured  Borden, Jonathan

Coverage BLDG

Claim #  F300301218
Policy #  6308271183
Ins Claim #  F300301218



3

Bedroom 1

DEFENDANT'S EXHIBIT P3

PITTSBURGH
MAY 0 7 2003
Ans.



4

Bedroom 1 hardwood flooring



DEFENDANT'S EXHIBIT P4