# Photo Sheet

Insured: Borden, Jonathan  
Coverage: BLDG  
Claim #: F300301218  
Policy #: 6308271183  
Ins Claim #: F300301218



7

Wallpaper in Bedroom 1



PITTSBURGH
MAY 0 7 2003

DEFENDANT'S EXHIBIT P7



8

Bedroom 2



DEFENDANT'S EXHIBIT P8