## Photo Sheet

**Insured** Borden, Jonathan  
**Coverage** BLDG  
**Claim #** F300301218  
**Policy #** 6308271183  
**Ins Claim #** F300301218

**25**

Closet area in dressing area





PITTSBURGH MAY 0 7 2003 Ans. ___  
PITTSBURGH MAY 0 7 2003 Ans. ___  
DEFENDANT'S EXHIBIT P25

**26**

Garden tub and tile steps in master bathroom





DEFENDANT'S EXHIBIT P26