# Photo Sheet

Insured   Borden, Jonathan     Coverage BLDG     Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218



35

Upstairs hallway



PITTSBURGH-C...
MAY 0 7 2003
Ans. _____

DEFENDANT'S EXHIBIT P35



36

Upstairs hallway towards stairs down to main level



DEFENDANT'S EXHIBIT P36

# Photo Sheet

Insured   Borden, Jonathan

Coverage **BLDG**

Claim #      F300301218
Policy #     6308271183
Ins Claim #  F300301218



37

Closet in upstairs hallway

DEFENDANT'S EXHIBIT P37

PITTSBURGH
MAY 0 7 2003
Ans. _____



38

Wallpaper in hallway closet upstairs



DEFENDANT'S EXHIBIT P38