# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218



40

Upper landing and stariway



PITTSBURGH, PA
MAY 07 2003
Ans.



DEFENDANT'S EXHIBIT
P40



41

Stairway from second level down to foyer and landing



DEFENDANT'S EXHIBIT
P41

# Photo Sheet

Insured    Borden, Jonathan

Coverage BLDG

Claim #    F300301218
Policy #    6308271183
Ins Claim #    F300301218



42

View: From second level down to foyer



DEFENDANT'S EXHIBIT P42

PITTSBURGH
MAY 0 7 2003
Ans.



42

Stairway and trim and carpet on steps down to foyer landing



DEFENDANT'S EXHIBIT P42(1)