# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218



45

Foyer and steps up to second level



DEFENDANT'S EXHIBIT P45

PITTSBURGH
MAY 0 7 2003
Ans.



46

Lower landing adjacent to foyer



DEFENDANT'S EXHIBIT P46