# Photo Sheet

| | | |
|---|---|---|
| Insured Borden, Jonathan | Coverage BLDG | Claim # F300301218<br>Policy # 6308271183<br>Ins Claim # F300301218 |



59

Upstairs hallway bathroom



DEFENDANT'S EXHIBIT P59



PITTSBURGH
MAY 0 7 2003
Ans.



60

Tub, toilet and shower area in hallway bath upstairs



DEFENDANT'S EXHIBIT P60