# Photo Sheet

Insured: Borden, Jonathan   Coverage BLDG   Claim # F300301218   Policy # 6308271183   Ins Claim # F300301218



**81**

Jacuzzi room located on rear right end of dwelling



PITTSBURGH
MAY 0 7 2003
Ans.

DEFENDANT'S EXHIBIT P81



**82**

Carpet in Jacuzzi room



DEFENDANT'S EXHIBIT P82

# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218



83

View:  Jacuzzi room



PITTSBURGH
MAY 0 7 2003
Ans.



DEFENDANT'S EXHIBIT
P83



84

Jacuzzi with tile surround



DEFENDANT'S EXHIBIT
P84

Photo Sheet (MS/B 0470)            - 23 -            Feb 23, 2003

AM863

# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #      F300301218
Policy #     6308271183
Ins Claim #  F300301218

85

Jacuzzi room





PITTSBURGH
MAY 0 7 2003

86

Closet adjacent to jacuzzi room



# Photo Sheet

| | | |
|---|---|---|
| Insured   Borden, Jonathan | Coverage BLDG | Claim #        F300301218<br>Policy #       6308271183<br>Ins Claim #   F300301218 |



87

Cabinet and shelving in closet adjacent to jacuzzi room



DEFENDANT'S EXHIBIT
P87

PITTSBURGH
MAY 0 7 2003
Ans.



88

Bathroom adjacent to jacuzzi room



DEFENDANT'S EXHIBIT
P88

Photo Sheet (MS/B 0470)     - 25 -     Feb 23, 2003

AM865