# Photo Sheet

**Insured**  Borden, Jonathan  **Coverage BLDG**

Claim #  F300301218
Policy #  6308271183
Ins Claim #  F300301218

95

Guest suite, bedroom and kitchen area




DEFENDANT'S EXHIBIT P95

PITTSBURGH
MAY 0 7 2003

96

Guest bedroom area




DEFENDANT'S EXHIBIT P96