# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218

**109**

Guest suite bathroom sink and vanity





DEFENDANT'S EXHIBIT P109

PITTSBURGH
MAY 0 7 2003
Ans.

**110**

Playroom





DEFENDANT'S EXHIBIT P110

# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218

**111**

Playroom exterior sliding doors


MAY 0 7 2003


DEFENDANT'S EXHIBIT P111

**112**

Playroom




DEFENDANT'S EXHIBIT P112

Photo Sheet (MS/B 0470)    - 37 -    Feb 23, 2003

AM877

# Photo Sheet

Insured   Borden, Jonathan        Coverage BLDG

Claim #   F300301218
Policy #  6308271183
Ins Claim # F300301218

**113**

Playroom



PITTSBURGH
MAY 0 7 2003
Ans.



**114**

Carpet in playroom

