# Photo Sheet

Insured: Borden, Jonathan                Coverage BLDG

Claim #       F300301218
Policy #      6308271183
Ins Claim #   F300301218

117

Den



PITTSBURGH
MAY 0 7 2003
Ans.

DEFENDANT'S EXHIBIT
P117

118

Den wallpaper



DEFENDANT'S EXHIBIT
P118

Photo Sheet (MS/B 0470)        - 40 -        Feb 23, 2003

AM880