# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218



**121**

Ceiling and recessed lights in den



DEFENDANT'S EXHIBIT P121



PITTSBURGH
MAY 0 7 2003
Ans.



**122**

View: Floor collapsed in den



DEFENDANT'S EXHIBIT P122

# Photo Sheet

Insured: Borden, Jonathan  
Coverage BLDG  
Claim # F300301218  
Policy # 6308271183  
Ins Claim # F300301218



**123**

Den flooring collapsed into basement



PITTSBURGH-C
MAY 0 7 2003
Ans.

DEFENDANT'S EXHIBIT P123



**124**

Den



DEFENDANT'S EXHIBIT P124

Photo Sheet (MS/B 0470) — 43 — Feb 23, 2003

AM883