# Photo Sheet

**Insured**  Borden, Jonathan         **Coverage** BLDG

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218



128

Formal Dining Room



PITTSBURGH
MAY 07 2003
Ans. _____

DEFENDANT'S EXHIBIT
P128



129

Formal Dining Room



DEFENDANT'S EXHIBIT
P129

# Photo Sheet

**Insured**  Borden, Jonathan

**Coverage** BLDG

Claim #  F300301218
Policy #  6308271183
Ins Claim #  F300301218

130

Formal Diining room





PITTSBURGH.
MAY 0 7 2003
Ans.

131

Formal Dining Room





Photo Sheet (MS/B 0470)            - 3 -            Feb 24, 2003

AM887

# Photo Sheet

**Insured** Borden, Jonathan

**Coverage** BLDG

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218



132

Kitchen



DEFENDANT'S EXHIBIT P132

PITTSBURGH
MAY 07 2003
Ans. _____



133

Kitchen



DEFENDANT'S EXHIBIT P133

Photo Sheet (MS/B 0470)         - 4 -         Feb 24, 2003

AM888

# Photo Sheet

Insured: Borden, Jonathan
Coverage: BLDG
Claim #: F300301218
Policy #: 6308271183
Ins Claim #: F300301218



134

Kitchen



PITTSBURGH
MAY 0 7 2003
Ans.

DEFENDANT'S EXHIBIT P134



135

Kitchen



DEFENDANT'S EXHIBIT P135