# Photo Sheet

Insured: Borden, Jonathan
Coverage BLDG
Claim #: F300301218
Policy #: 6308271183
Ins Claim #: F300301218

PITTSBURGH
JUL 2 6 2004

PITTSBURGH
MAY 0 7 2003
Ans.

1
Risk, Front Elevation

DEFENDANT'S EXHIBIT
P 179

2
Risk, Front Elevation



DEFENDANT'S EXHIBIT
P 180

Photo Sheet (MS/B 0470)

Feb 21, 2003

AM769

# Photo Sheet

**Insured** Borden, Jonathan

**Coverage BLDG**

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218



3

Risk, Front Elevation



DEFENDANT'S EXHIBIT P181

PITTSBURGH
MAY 0 7 2003
Ans.



4

Risk, Left Elevation



DEFENDANT'S EXHIBIT P182

# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218

5

Risk, Left Elevation




PITTSBURGH
MAY 0 7 2003
Ans.


DEFENDANT'S EXHIBIT
P183

6

Risk, Left Elevation


DEFENDANT'S EXHIBIT
P184



# Photo Sheet

**Insured** Borden, Jonathan  **Coverage** BLDG

Claim # F300301218
Policy # 6308271183
Ins Claim # F300301218



7

Risk, Rear Elevation



PITTSBURGH
MAY 0 7 2003
Ans.



DEFENDANT'S EXHIBIT
P185



8

Risk, Rear Elevation



DEFENDANT'S EXHIBIT
P186
Photo Sheet (MS/B 0470) — 4 — Feb 21, 2003
AM772

# Photo Sheet

Insured   Borden, Jonathan                    Coverage BLDG

Claim #    F300301218
Policy #   6308271183
Ins Claim # F300301218



9

Risk, Right Elevation


PITTSBURGH
MAY 0 7 2003


DEFENDANT'S EXHIBIT
P187



10

Risk, Right Elevation


DEFENDANT'S EXHIBIT
P188

# Photo Sheet

Insured   Borden, Jonathan

Coverage BLDG

Claim #   F300301218
Policy #   6308271183
Ins Claim #   F300301218



**11**

Risk, Front Elevation from right corner towards garage


PITTSBURGH
MAY 0 7 2003


DEFENDANT'S EXHIBIT P189



**12**

Roof, from main slope to garage roof


DEFENDANT'S EXHIBIT P190