





AM1040



AM1042