IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | |
|---|---|
| JONATHAN A. BORDEN and<br>AMY P. BORDEN,<br>    Plaintiffs<br><br>        v.<br><br>AMICA MUTUAL INSURANCE<br>COMPANY,<br>    Defendant | )<br>)<br>)<br>)<br>)   NO. 04-175 E<br>)<br>)<br>)<br>)   ELECTRONICALLY FILED |

## PLAINTIFFS' MOTION FOR EXTENSION
## OF TIME TO FILE PROPOSED FINDINGS OF FACT

Plaintiffs, Jonathan A. Borden and Amy P. Borden, by their attorneys, MacDonald, Illig, Jones & Britton, LLP, file the following Motion for Extension of Time to File Proposed Findings of Fact:

1.　Plaintiffs' Proposed Findings of Fact are due on February 27, 2006.

2.　Plaintiffs' counsel, Craig Murphey, has been out of the office for several days in the past two weeks due to a medical condition and treatment, and he is scheduled to have additional medical testing performed on February 24, 2006.

3.　Plaintiffs' counsel therefore requests a ten (10) day extension of time to complete the Proposed Findings of Fact.

4.　Defense counsel has advised he has no objection to the ten (10) day extension.

WHEREFORE, the plaintiffs, Jonathan A. Borden and Amy P. Borden, respectfully request an extension of time to file the Proposed Findings of Fact until March 9, 2006.

Respectfully submitted,

/s/ Craig Murphey
Craig Murphey
PA ID# 53324
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7655
FAX (814) 454-4647
cmurphey@mijb.com

Attorneys for Plaintiffs
  Jonathan A. Borden and Amy P. Borden

939646