IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | | |
|---|---|---|
| JONATHAN A. BORDEN and | ) | |
| AMY P. BORDEN, | ) | |
|     Plaintiffs | ) | |
| | ) | |
|     v. | ) | NO. 04-175 E |
| | ) | |
| AMICA MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
|     Defendant | ) | ELECTRONICALLY FILED |

## ORDER OF COURT

AND NOW, this _____ day of February, 2006, upon consideration of the within Motion for Extension of Time to File Proposed Findings of Fact, it is hereby ORDERED that said motion is granted. Plaintiffs' Proposed Findings of Fact are now due on March 9, 2006. Defendant's Proposed Findings of Fact are now due twenty (20) days after service of Plaintiffs' Proposed Findings of Fact.

BY THE COURT,

_____
Sean J. McLaughlin, Judge