# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Borden
_____   )
_____   )
          **Plaintiff**   )
             )
  vs.   ) No. CA 04-175 E
             )
Amica Ins.   )
_____   )
          **Defendant**   )

HEARING ON  Findings of Facts / Conclusions of law

Held on  6/5/06

Before Judge  Sean J McLaughlin

Craig Murphy                                      Paul Geer
_____   _____
**Appear for Plaintiff**            **Appear for Defendant**

Hearing begun  1:13 pm          Hearing adjourned to  2:02 pm

Hearing concluded C.A.V. _____   Stenographer  Ron Bench

                                       Clerk  Jeff Grossett

**WITNESSES:**

**For Plaintiff**                         **For Defendant**