# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jonathan A. Borden )
Amy P. Borden )
          Plaintiffs )
  vs. )  No.  CA 04-175 Erie
Amica Mutual Insurance Company )
          Defendant )

**HEARING ON** June 16, 2006  Settlement Conference

**Before** Chief U. S. Magistrate Judge Susan Paradise Baxter

T. Warren Jones, Esq.       Paul K. Geer, Esq.
Craig Murphey, Esq.       Tara L. Maczuzak, Esq.

Appear for Plaintiff       Appear for Defendant

Hearing Begun 10:00 a.m.    Hearing Adjourned to
Hearing concluded C.A.V. 1:10 pm  Stenographer
              CD:  Index:

**WITNESSES**

For Plaintiff         For Defendant

No Settlement Reached — referred back to Judge McLaughlin.